FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -3  P 4: 03

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COBB INVESTMENT COMPANY, INC. | CIVIL ACTION |
| VERSUS | NO: 00-0311 |
| PICCADILLY CAFETERIAS, INC., ET AL | SECTION: "S" (5) |

### ORDER OF TRANSFER

It appears from the record that the above captioned case involves subject matter that comprises a material part of the subject matter of *Cobb Investment Company, Inc. v. Piccadilly Cafeterias, Inc., et al*, Civil Action No. 00-0091, a case before Judge Sarah S. Vance.  IT IS ORDERED that this case be and hereby is TRANSFERRED to Judge Sarah S. Vance, Section R, of the United States District Court for the Eastern District of Louisiana pursuant to Local Rule 3.1.1E.

New Orleans, Louisiana, this 2 day of February, 2000.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

TRANSFERRED TO:
SECT. R MAG. 2