FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 22 P 3: 53

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COBB INVESTMENTS COMPANY, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0311 |
| | * | |
| PICCADILLY CAFETERIAS, INC. | * | SECTION T, |
| RONALD A. LABORDE AND | * | |
| MARK MESTAYER | * | MAGISTRATE 5 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FIRST EX PARTE MOTION FOR
## EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

NOW INTO COURT, through undersigned counsel, comes Piccadilly Cafeterias, Inc. ("Piccadilly"), and respectfully suggests that it requires an additional twenty (20) days, or through and until March 13, 2000, within with to object, answer, or otherwise respond to the Complaint of Plaintiff, Cobb Investment Company, Inc. ("Cobb"). Pursuant to Federal Rule of Civil Procedure 12, Piccadilly's responsive pleadings would otherwise be due on or before February 22, 2000. However, Piccadilly requires additional time in order that it may prepare appropriate responses to Cobb's Complaint. Undersigned counsel represents that this is its first request for an extension of time to respond to Cobb's Complaint and that Cobb has not filed an objection to an extension of time in the record. Accordingly, pursuant to Local Rule 7.9E, Piccadilly respectfully requests that this Court grant it a twenty (20) day extension of time, or through and until March 13, 2000, in which to answer, object, or otherwise respond to Cobb's Complaint.

N0475314 1

FEB 2 4 2000
DATE OF ENTRY_____

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____

Respectfully submitted,

EDWARD D. WEGMANN, T.A. (Bar No.13315)
GENEVIEVE HARTEL SALASSI (Bar No. 25232)
Jones, Walker, Waechter,
Poitevent, Carrère & Denègre, L.L.P.
201 St. Charles Avenue
New Orleans, LA  70170-5100
Telephone:  (504) 582-8226
Attorneys for Defendants


## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by hand delivery and/or by depositing same In the U.S. mail, properly addressed and postage prepaid, this 22 day of February, 2000.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **COBB INVESTMENTS COMPANY, INC.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 00-0311** |
| | * | |
| **PICCADILLY CAFETERIAS, INC.** | * | **SECTION T,** |
| **RONALD A. LABORDE AND** | * | |
| **MARK MESTAYER** | * | **MAGISTRATE 5** |

*********************************************

## ORDER

CONSIDERING THE FOREGOING First Ex Parte Motion for Extension of Time to Plead

filed by Defendant, Piccadilly Cafeterias, Inc.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant's First Ex Parte

Motion for Extension of Time to Plead is GRANTED, and Defendant is granted an additional twenty

(20) days, or through and until March 13, 2000, to respond to Plaintiff's Complaint.

New Orleans, Louisiana, this _23rd_ day of February, 2000.

_____
UNITED STATES DISTRICT JUDGE

N0475314 1